UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MARVA CECILIA PURVIS, | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MARVA CECILIA PURVIS, | : | |
| Respondent(s) | : | CASE NO. 1:25-bk-01784-HWV |

## TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. The Plan is underfunded relative to claims to be paid – 100% Plan (required by liquidation value).

2. Failure to properly state the liquidation value in Section 1.B. of the Plan. The Trustee calculates the liquidation value to be $82,975.42.

*[The remainder of this page has been left intentionally blank.]*

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

  a. deny confirmation of Debtor(s)' Plan;
  b. dismiss or convert Debtor(s)' case; and
  c. provide such other relief as is equitable and just.

Dated: September 30, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/ Douglas R. Roeder, Esquire
Attorney for Trustee

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas G. Platt, Esquire
Mooney Law
230 York Street
Hanover, PA 17331

Dated: September 30, 2025

                                              /s/ Matthew Harnsberger, Legal Assistant
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee