LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Marva Cecilia Purvis | : | CASE NO. 25-01784 |
| | : | |
| | : | |
| Debtor(s) | : | |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c)<br>1. Amount agreed to by debtor<br>2. Less amount paid to attorney prior to filing petition<br>3. Balance of compensation to be paid through plan distributions<br>4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 5,000.00<br>$ 394.00<br>$ 4,606.00<br>$ 40.70<br><br>Postage |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)<br>1. Retainer received<br>2. Compensation earned prepetition and paid to attorney prior to filing petition<br>3. Expenses reimbursed prepetition<br>4. Balance in retainer after deduction of prepetition compensation and expenses<br>5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $<br>$<br>$<br>$<br><br>$ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 4,646.70 |

Dated: **November 2, 2025**

/s/ Nicholas G. Platt
**Nicholas G. Platt 327239**
Attorney for Debtor