**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                                        Case No. 1:25-bk-01784

Marva Cecilia Purvis                 Chapter 13

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 12/10/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/10/2025

                                                                 /s/ Nicholas G. Platt
                                                                 Nicholas G. Platt
                                                                 Bar No. 327239
                                                                 Mooney Law
                                                                 230 York Street
                                                                 Hanover PA 17331-0000
                                                                 (717)632-4656
                                                                 ngp@mooney4law.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:　　　　　　　　　　　　　　　Case No. 1:25-bk-01784

　　Marva Cecilia Purvis　　　　　　　Chapter 13

　　Debtor(s)

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 12/10/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/10/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

Case 1:25-bk-01784-HWV    Doc 31    Filed 12/11/25    Entered 12/11/25 10:53:37    Desc
Main Document    Page 2 of 3

I certify that on 12/10/2025, I caused a copy of the Order Confirming Amended Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Achieve Personal Loans | P.O.Box 2340 | | | | Phoenix AZ 85002-2340 |
| Bank of America | Attn: Bankruptcy | | 4909 Savarese Circle | | Tampa FL 33634-2413 |
| Capital One | Attn: Bankruptcy | | Po Box 30285 | | Salt Lake City UT 84130-0285 |
| Comenitycapital/bjsclb | Attn: Bankruptcy | | Po Box 182125 | | Columbus OH 43218-2125 |
| FreedomPlus | Attn: Bankruptcy | | 1875 South Grant St, Ste 400 | | San Mateo CA 94402-2676 |
| Internal Revenue Service | P.O. Box 7346 | | | | Philadelphia PA 19101-7346 |
| OneMain Financial | Attn: Bankruptcy | | Po Box 142 | | Evansville IN 47701-0142 |
| Pennsylvania Department of Revenue | Bankruptcy Division, PO Box 280946 | | | | Harrisburg PA 17128-0946 |
| PennyMac Loan Services, LLC | Attn: Correspondence Unit | | Po Box 514387 | | Los Angeles CA 90051-4387 |
| Service Finance Company | Attn: Bankruptcy | | Po Box 2935 | | Gainsville GA 30503-2935 |
| Synchrony fka Allegro Credit | c/o Becket and Lee LLP | | PO Box 3002 | | Malvern PA 19355-0702 |
| United States Trustee | US Courthouse | | 1501 N. 6th St | | Harrisburg PA 17102-1104 |
| Wellspan Health | 1001 South George Street | | | | York PA 17403-3676 |
| JACK N ZAHAROPOULOS | ATTN CHAPTER 13 TRUSTEE | | 8125 ADAMS DRIVE SUITE A | | Hummelstown PA 17036-8625 |
| Marva Cecilia Purvis | 2280 Country Road | | | | Chambersburg PA 19202-8835 |